UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT STEPHENSON, on behalf of himself and all others similarly situated, | : : : | Case No. 1:16-CV-03396-AMD-ST |
| Plaintiff, | : : | DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |
| v. | : : | |
| POST FOODS, LLC and POST HOLDINGS, INC., | : : : | |
| Defendants. | : : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Post Foods, LLC and Post Holdings, Inc. ("Defendants"), through their undersigned counsel, submit the following statement of their corporate interests and affiliations:

(i) Post Consumer Brands, LLC is the parent company of Post Foods, LLC.

(ii) Post Consumer Brands, LLC and Post Foods, LLC are both wholly owned subsidiaries of Post Holdings, Inc.

(iii) Post Holdings, Inc. is a publicly traded company.

(iv) Post Holdings, Inc. does not have any parent corporation.

(v) No publicly held corporation owns ten percent or more of Post Holdings, Inc.'s stock.

1

Dated: August 30, 2016

Respectfully submitted,

/s/ Joshua K. Leader
Joshua K. Leader
LEADER & BERKON LLP
630 Third Avenue
New York, New York 10017
Telephone: (212) 486-2400
Facsimile: (212) 486-3099
Email: jleader@leaderberkon.com

Sarah L. Brew
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: sarah.brew@faegrebd.com

Attorneys for Defendants,
POST FOODS, LLC and POST HOLDINGS, INC.